IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEARCH AND SOCIAL MEDIA PARTNERS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-1120 (LPS) (CJB) |
| FACEBOOK, INC., INSTAGRAM, INC. and INSTAGRAM, LLC, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT PER
## COURT'S FEBRUARY 8, 2019 ORAL ORDER AT § 101 MOTION HEARING

Pursuant to the Court's Oral Order at the February 8, 2019 Section 101 Motion Hearing, Plaintiff Search and Social Media Partners, LLC ("SSMP") and Defendants Facebook, Inc. and Instagram, LLC ("Facebook") hereby submit the following Joint Status Report:

At the February 8, 2019 hearing, the Court denied SSMP's Motion for Reconsideration of the Court's September 28, 2018 Order Granting-in-Part Facebook's Motion to Dismiss Under § 101. D.I. 52. As a result, the only remaining patent-in-suit is U.S. Patent No. 8,719,176 ("the '176 patent"). Facebook filed its Petition for *Inter Partes* Review of the '176 Patent with the Patent Trial and Appeal Board ("PTAB") on August 28, 2018 (IPR2018-01622), and SSMP filed its Preliminary Response on December 6, 2018. Accordingly, the PTAB should issue its decision on institution in IPR2018-01622 by March 6, 2019. Facebook intends to move to stay this litigation in the event IPR2018-01622 is instituted.

On January 25, 2019, the Court entered the parties' Stipulation to Amend Deadlines (D.I. 47). Under the amended schedule, the parties' next deadline in this case is SSMP's Initial Infringement Contentions (D.I. 35, ¶ 7(c)) which are due March 22, 2019.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

_____

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jying@mnat.com

*Attorneys for Defendants Facebook, Inc. and Instagram, LLC*

OF COUNSEL:

Heidi L. Keefe
Mark R. Weinstein
Lowell D. Mead
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
(650) 843-5000

Emily E. Terrell
Phillip Morton
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004
(202) 842-7800

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

_____

Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*
*Search and Social Media Partners, LLC*

OF COUNSEL:

Seth H. Ostrow
Jeffrey P. Weingart
Antonio Papageorgiou
Sarah A. Pfeiffer
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (646) 682-9222
sho@msf-law.com
jpw@msf-law.com
ap@msf-law.com
sap@msf-law.com

February 14, 2019